CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 15 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>ODD FELLOWS HOME OF VIRGINIA, INC.,<br><br>*Defendant.* | CIVIL ACTION NO. 6:04-CV-00046<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's 12(b)(1) Motion to Dismiss, filed January 31, 2005. For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Defendant's Motion to Dismiss.

It is so ORDERED.

The Clerk of the Court is directed to send certified copies of this Memorandum Opinion to all Counsel of Record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

August 15, 2005
Date